UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERNIE CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:18-cv-3874 |
| | ) |
| CENTER TOWNSHIP | ) |
| FIRE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I.   NATURE OF THE CASE**

1.  Plaintiff, Ernie Campbell ("Campbell"), by counsel, brings this action against Defendant, Center Township Fire Department ("Defendant") alleging a violation of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. as amended.

**II.   PARTIES**

2.  Campbell is a resident of Boone County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3.  Defendant maintains offices and conducts business within the geographical boundaries of the Southern District of Indiana.

**III.   JURISDICTION AND VENUE**

4.  Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331 and 29 U.S.C. § 216(b).

5.  Defendant is an "employer" as that term is defined by 29 U.S.C. §

203(d).

6. Campbell was an "employee" as that term is defined by 29 U.S.C. § 203(e)(1).

7. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

8. Campbell began working for the Defendant in or around 1989. He served as Chief from 2008 to 2010. Since January 5, 2011, he has served as a regular firefighter.

9. Campbell was a non-exempt employee. Defendant elected to pay its non-exempt employees compensatory time in lieu of overtime.

10. In early July 2018, Campbell sought to utilize his accumulated compensatory time and put his name down on the schedule to be off on July 13, 2018. However, Defendant put restrictions on Campbell's ability to be off that prevented him from utilizing his compensatory time.

11. Campbell's requested time off would not have unduly disrupted Defendant's operations.

12. Given Defendant's refusal to allow Campbell to utilize his compensatory time, Campbell requested that Defendant pay him his accumulated overtime, which at the time was more than 330 hours.

13. On or about July 31, 2018, Defendant terminated Campbell's employment because he had complained about it not properly allowing him to use his compensatory time.

## V. CAUSES OF ACTION

14. Campbell hereby incorporates paragraphs one (1) through thirteen (13) of his complaint as if the same were set forth at length herein.

15. Defendant retaliated against Campbell by discriminating against him for having complained about its refusal to allow him to use his accumulated compensatory time and request to be paid his overtime.

16. Defendant's actions violated the Fair Labor Standards Act, 29 U.S.C. §201 et seq.

17. Defendant's actions were intentional, malicious, and done with reckless disregard for Campbell's legally protected rights.

18. Campbell has suffered damages as a result of Defendant's conduct.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Ernie Campbell, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Reinstate Campbell to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Campbell of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Liquidated damages;

5. Compensatory damages;

7. Punitive damages;

8. All costs and attorney's fees incurred as a result of bringing this action;

9. Pre- and post-judgment interest on all sums recoverable; and

10. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, Indiana 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Ernie Campbell

## **DEMAND FOR JURY TRIAL**

Plaintiff, Ernie Campbell, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street

        Evansville, Indiana 47708
        Telephone:  (812) 424-1000
        Facsimile:   (812) 424-1005
        Email:       ad@bdlegal.com

Attorneys for Plaintiff, Ernie Campbell